UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR124-059 |
| ) | |
| LUKE BUNYON, JR. ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Kathryn A. Brow Aho** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Kathryn A. Brow Aho be granted leave of absence for the following periods: February 26, 2025 through March 3, 2025; and March 28, 2025 through April 14, 2025.

**ORDERED**, this the 24th day of January, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA